UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Miguel CAMACHO PEREZ,

                                        Petitioner,

v.

ATTORNEY GENERAL OF THE
UNITED STATES, et al.,

                                        Respondents.

Case No.:  26-cv-2098-AGS-VET

**ORDER GRANTING HABEAS
PETITION AND ORDERING BOND
HEARING**

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 4, at 1–2.) The Court agrees. Accordingly, the habeas petition is **GRANTED**, and all hearings and pending deadlines are vacated.

Respondents must provide petitioner with a bond hearing before an immigration judge by **April 28, 2026**. The Clerk is directed to issue a judgment and close this case.

Dated:  April 14, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1